## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TODD GRIFFIN, | : | No. 658 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ARMSTRONG WORLD INDUSTRIES, INC., | : | |
| AND BRENNTAG NORTHEAST, INC., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.